UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEI HONG KONG COMPANY LIMITED,

            Plaintiff,

-against-

GLOBALFOUNDRIES, INC., et al.,

            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2020

1:20-cv-02342

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

        The Complaint in this action was filed on March 16, 2020 [ECF #1]. Following an application for a temporary restraining order [ECF #20] on March 23, 2020, which the Court denied [ECF #22], nothing has been filed in this case. Accordingly, it is hereby:

        ORDERED that the above-captioned action is discontinued for failure to prosecute without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **August 20, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

**SO ORDERED.**

Date:  July 21, 2020
         New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**