UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FEI HONG KONG COMPANY LIMITED, | : | Civil Action No: 1:20-cv-02342 |
| *Plaintiff*, | : : : : | |
| v. | : : | **ORDER ON MOTION TO REINSTATE AND DISMISS WITHOUT PREJUDICE** |
| GLOBALFOUNDRIES, INC.; GLOBALFOUNDRIES U.S., INC.; GLOBALFOUNDRIES (CHENGDU) INTEGRATED CIRCUIT MANUFACTURING, LIMITED; SCHENKER A.G. d/b/a DB SCHENKER; DB SCHENKER; SCHENKER LOGISTICS NEDERLAND B.V.; SCHENKER, INC. d/b/a DB SCHENKER, | : : : : : : : : : : | |
| *Defendants*. | : | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2020

AND NOW, this twentieth day of August, 2020, upon consideration of the foregoing Consent Motion to Reinstate and Dismiss Without Prejudice Pursuant to F.R.C.P. 41(a)(2) filed on behalf of Plaintiffs FEI Hong Kong Company Limited, it is hereby ORDERED that said Motion is GRANTED. The action is reinstated and is hereby dismissed without prejudice.

SO ORDERED

Date: 8/20/2020
New York, New York

Mary Kay Vyskocil
United States District Judge